March 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

**WCW INTERNATIONAL, INC., AND CHRIS WILMOT,**
Appellants/Cross-Appellees

NO. 14-12-00940-CV
NO. 14-12-01077-CV           V.
NO. 14-12-01139-CV


**JERRY W. BROUSSARD, RONNIE D. LABORDE, DAVID M. KERNION, DAVID O. STRICKLAND, CRAIG M. BOREL, KEVIN J. ROUSSEL, GEORGE A. LOWERY, AND CARLOS O. GIRON,** Appellees/Cross-Appellants

_____

These causes, a consolidated appeal from the judgment in favor of appellees/cross-appellants, Jerry W. Broussard, Ronnie D. Laborde, David M. Kernion, David O. Strickland, Craig M. Borel, Kevin J. Roussel, George A. Lowery and Carlos O. Giron, signed September 21, 2012, were heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.